United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KRISZTIAN MARK RIEZ,

        Plaintiff,

    v.

TURO, INC.,

        Defendant.

Case No. 25-cv-06901-AMO

**JUDGMENT**

On April 29, 2026, the Court granted Defendant Turo, Inc.'s motion to dismiss for lack of subject matter jurisdiction. Pursuant to Federal Rule of Civil Procedure 58, the Court ENTERS judgment in favor of Defendant and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: April 29, 2026

_____

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**